**112**

■

COMMONWEALTH of Kentucky, DEPART-
MENT OF HIGHWAYS, Appellant,

v.

Harry R. HALL and Bernice E. Hall,
wife, Appellees.

Court of Appeals of Kentucky.

Nov. 8, 1974.

Jim Robinson, Dept. of Highways,
Frankfort, William W. Lawrence, Louis-
ville, for appellant.

Bernard B. Davis and John E. Boyce,
Louisville, for appellees.

Memorandum Opinion PER CURIAM,
Affirming.*

■

COMMONWEALTH of Kentucky, DEPART-
MENT OF HIGHWAYS, Appellant,

v.

James C. DOHONEY, Appellee.

Court of Appeals of Kentucky.

Nov. 8, 1974.

James D. Robinson, Dept. of Highways,
Frankfort, ·Phillip K. Wicker, Harris &
Wicker, Somerset, for appellant.

Earl Huddleston, Columbia, for appellee.

Memorandum Opinion PER CURIAM,
Affirming.*

■

COMMONWEALTH of Kentucky, DEPART-
MENT OF HIGHWAYS, Appellant,

v.

Duke L. BANTON and Mary Banton, wife,
Appellees.

Court of Appeals of Kentucky.

Nov. 8, 1974.

Carl T. Miller, Jr., Dept. of Highways,
Frankfort, Perry M. Lewis, Madisonville,
Harvey G. Ershig, Dorsey, Sullivan &
King, Henderson, for appellant.

John O. Hardin, Hardin & Hardin, Hop-
kinsville, for appellees.

Memorandum Opinion of the Court by
Commissioner CULLEN, Reversing.*

■

COMMONWEALTH of Kentucky, DEPART-
MENT OF HIGHWAYS, Appellant,

v.

W. L. CAMMACK and Sue B. Cammack,
Appellees.

Court of Appeals of Kentucky.

Nov. 8, 1974.

Carl T. Miller, Jr., General Counsel,
James D. Robinson, Dept. of Highways,
Frankfort, for appellant.

Charles E. Carter, Owenton, for appel-
lees.

Memorandum Opinion PER CURIAM,
Reversing.*

* Opinion ordered not to be published.